IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**MILAUDI KARBOAU,**  3:13-CV-00240-BR

    **Plaintiff,**  JUDGMENT

**v.**

**ERIC H. HOLDER, JR., United States Attorney General, and EVELYN SAHLI, Field Office Director, United States Citizenship and Immigration Services,**

    **Defendants.**

Based on the Court's Opinion and Order issued September 10, 2013, the Court **DISMISSES** this matter **with prejudice**.

IT IS SO ORDERED.

DATED this 10th day of September, 2013.

                                /s/ Anna J. Brown

                                ANNA J. BROWN
                                United States District Judge